# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MDL 875 (Asbestos Litigation) | SUBSTITUTION OF ATTORNEY |

The undersigned hereby consent to the substitution of Michael A. Tanenbaum, Esq., of Sedgwick, Detert, Moran & Arnold LLP, as Attorneys for the defendant Foster Wheeler, LLC, in all matters listed on the attached docket sheet.

Dated: 2/19/10

Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold LLP
Three Gateway Center - Twelfth Floor
Newark, New Jersey 07102
(973) 242-0002
Superseding Attorney

BY: Judith A. Lockhart
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 100005-2072
212-732-3200
Withdrawing Attorney

So Ordered

EDUARDO C ROBRENO
2/23/10